IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JAMES ALEXANDER,   No   C 09-01923 VRW

    Plaintiff,   ORDER

    v

BRIAN ROHDE et al

    Defendants.
_____/

    On May 4, 2009, plaintiff Michael James Alexander brought an action against defendants Brian Rohde, CFIC Home Mortgage ("CFIC") and American Home Mortgage Servicing, Inc ("AHMSI") for predatory lending, unconscionability, improvident lending, fraud and deceptive practices, breach of contract and violations of the duties of good faith and fair dealing in connection with a mortgage on a property in Arizona.  Doc #1.  Concurrently, Alexander moved ex parte for a temporary restraining order to enjoin AHMSI from selling the property in a foreclosure sale.  Doc #2.  The court denied the application for a temporary restraining order based in part on its concern that Alexander had neither established a basis for jurisdiction over defendants nor shown that venue was proper in the Northern District of California.  Doc #7.

In response to the court's order, Alexander filed an amended complaint containing an additional factual allegation that AHMSI runs a servicing operation in Irvine, California. Doc #10. While this allegation may help establish the court's jurisdiction over AHMSI, it does not establish that venue is proper under 28 USC § 1391(c).

Alexander attempts to rely on 28 USC § 1391(a)(2) to establish proper venue, Doc #10 at 2 ¶6, but the amended complaint contains few facts to support a finding that "a substantial part of the events or omissions giving rise to these claims" occurred in the Northern District of California. Alexander alleges only that CFIC delivered the mortgage agreement to his residence in the Northern District of California, where Alexander signed the agreement. Doc #10 at 2 ¶3. Alexander has not alleged additional facts to connect either the claims or the defendants to the Northern District of California.

Because the facts in Alexander's complaint appear to show that the Northern District of California is not a proper venue for this action, Alexander is hereby ORDERED to SHOW CAUSE in writing, on or before June 12, 2009, why the court should not transfer his case to the district court for the District of Arizona pursuant to 28 USC § 1406(a).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge