**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES ALEXANDER, | No   C 09-1923 VRW |
| Plaintiff, | ORDER |
| v | |
| BRIAN ROHDE et al | |
| Defendants. | |

On June 24, 2009, defendant American Home Mortgage Servicing Incorporated (AHMSI) moved to dismiss plaintiff Michael James Alexander's amended complaint. Doc #19. Alexander has not submitted a response to AHMSI's motion, and the deadline for doing so has passed.

Alexander is ORDERED to SHOW CAUSE in writing on or before September 25, 2009 why AHMSI's motion to dismiss should not be granted. Failure to respond to this order shall be deemed grounds to grant the motion.

The hearing scheduled for September 3, 2009 is hereby VACATED.  The court will submit the matter on the papers unless a hearing becomes necessary.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge