IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JAMES ALEXANDER,  No C 09-1923 VRW

    Plaintiff,  ORDER

    v

BRIAN ROHDE et al

    Defendants.
_____/

On November 6, 2009, the court dismissed plaintiff's complaint with leave to amend not later than December 7, 2009. Doc #29 at 10. Plaintiff failed to file an amended complaint, and no claims are pending. Plaintiff was warned that failure to amend would be deemed grounds to dismiss the case. Id.

\\
\\
\\
\\

Plaintiff has had ample opportunity to amend his complaint but has failed to do so. Accordingly, the case is DISMISSED pursuant to FRCP 41(b), as plaintiff has failed to prosecute his claims. The clerk is directed to terminate all motions and close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge